## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TABARAK FERTILIZERS COMPANY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CHEMICAL EQUIPMENT LABS, INC.** | : | **NO. 16-915** |

### ORDER

**NOW,** this 2nd day of February, 2017, Plaintiff's Motion to Vacate Dismissal Or, In the Alternative, to Enforce Settlement Agreement and Modify Dismissal Order to Retain Jurisdiction (Document No. 29), the plaintiff's Amended Motion to Vacate Dismissal Or, In the Alternative, to Enforce Settlement Agreement and Modify Dismissal Order to Retain Jurisdiction (Document No. 31), and the Report and Recommendation of Magistrate Judge Jacob P. Hart, it is **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**; and
2. The motions are **DENIED**.

/s/TIMOTHY J. SAVAGE
TIMOTHY J. SAVAGE,   J.